Dismissed; Opinion issued January 15, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00921-CV

**AMERIPLAN CORPORATION, DANIEL BLOOM, AND DENNIS BLOOM, Appellants**

**V.**

**DAVID PIAZZA AND STEPHANIE PIAZZA, Appellees**

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-06264

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

The Court has before it appellants' December 10, 2012 unopposed motion to dismiss appeal.

*See* TEX. R. APP. P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

120921F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AMERIPLAN CORPORATION, DANIEL BLOOM, AND DENNIS BLOOM, Appellants

No. 05-12-00921-CV     V.

DAVID PIAZZA AND STEPHANIE PIAZZA, Appellees

Appeal from the 44th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-06264).
Opinion delivered per curiam before Chief Justice Wright and Justices Francis and Lang-Miers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of this appeal.

January 15, 2013

Judgment entered _____.

_____
CAROLYN WRIGHT
CHIEF JUSTICE